862 A.2d 584

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Cornelia Farrell MAGGIO, Respondent.**

**No. 977 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Nov. 16, 2004.

## *ORDER*

PER CURIAM.

AND NOW, this 16th day of November, 2004, there having been filed with this Court by Cornelia Farrell Maggio her verified Statement of Resignation dated October 5, 2004, stating that she desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Cornelia Farrell Maggio be and it is hereby accepted and she is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that she shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.